25 N.J. 55 (1957)
134 A.2d 832
MARGARET BERGQUIST, ADMINISTRATRIX, ETC., PLAINTIFF-RESPONDENT,
v.
GEORGE PENTERMAN, ET AL., DEFENDANTS-RESPONDENTS, AND POINT PLEASANT HOME CONSTRUCTION COMPANY, DEFENDANT-PETITIONER.
The Supreme Court of New Jersey.
October 7, 1957.
Messrs. Roberts, Pillsbury & Carton for the defendant-petitioner.
Messrs. Parsons, Labrecque, Canzona & Combs and Mr. Joseph T. Grause for the plaintiff-respondent.
Mr. Edward E. Kuebler for the defendants-respondents.
Denied.